IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 00-115-L

Hon. Bohdan A. Futey

## JOINT STATUS REPORT

Plaintiffs, Dauphin Island Property Owners Association, Inc., James W. Hartman, et al., and Defendant, the United States of America, jointly file the following status report as required by this Honorable Court's Order of August 2, 2006:

1. Representatives of the federal agency involved (the U. S. Army Corps of Engineers [the Corps]), has, through its Mobile District Office, met with representatives of the State of Alabama's Port Authority (the State of Alabama is a signatory to the Litigation Settlement Agreement, as amended) regarding the language and requirements of the proposed Feasibility Cost Sharing Agreement (the FCSA) that will be necessary to effect the terms of the settlement framework which was approved by this Honorable Court on August 14, 2006 (Doc. 160).

2. The Port Authority and the Mobile District Office of the Corps, and the Office of the Attorney General of the State of Alabama, are maintaining frequent communications and are

pursuing agreeable terms for the FCSA so that they may coordinate the document for final approval by their respective reviewing authorities.

3. As appropriate, Plaintiffs have taken no direct role in the process of writing the terms of the FCSA between the State and the Corps. Plaintiffs join in this Joint Status Report for purposes of acknowledging being apprised of the status of the FCSA process.

4. Counsel for Plaintiffs has given express authority for counsel for Defendant to sign this status report for him.

Dated: August 16, 2006.

GARY A. MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

for Daniel G. Blackburn

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com
Attorney for Plaintiffs

OF COUNSEL:
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925
Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama

N:\GMoore\Dauphin Island POA\DIPOA-JSR 8-16-06.wpd