# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed August 24, 2006)**

*** * * * * * * * * * * * * * * * * * * ***
**DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC. a non-profit corporation; and JAMES W. HARTMAN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
*** * * * * * * * * * * * * * * * * * * ***

**ORDER**

A telephonic conference shall be held on Thursday, August 31, 2006 at 2:30 p.m. EDT, to discuss the status of the case.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**