# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed September 5, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **DAUPHIN ISLAND PROPERTY** | * |
| **OWNERS ASSOCIATION, INC.** | * |
| **a non-profit corporation; and** | * |
| **JAMES W. HARTMAN,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Joint Motion To Amend August 14, 2006 Order, filed on August 25, 2006, is hereby ALLOWED.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**