# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed November 29, 2006)**

* * * * * * * * * * * * * * * * * * * *
**DAUPHIN ISLAND PROPERTY** *
**OWNERS ASSOCIATION, INC.** *
**a non-profit corporation; and** *
**JAMES W. HARTMAN,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the court's order of September 5, 2006, the parties had to file a joint status report indicating progress in the implementation of the Settlement Agreement at intervals of 90 days. The first report was due November 14, 2006. As of this date, no report has been filed. Therefore, the parties shall file a joint status report, without delay, no later than Thursday, December 14, 2006.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**