IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 00-115-L<br><br>Hon. Bohdan A. Futey |

**JOINT STATUS REPORT**

Plaintiffs, Dauphin Island Property Owners Association, Inc., James W. Hartman, et al., and Defendant, the United States of America, jointly file the following status report as required by this Honorable Court's Orders of September 5, 2006 (Doc. 167) and November 29, 2006 (Doc. 168):

1. Representatives of the State of Alabama and representatives of the federal agency involved (the U. S. Army Corps of Engineers ["Corps"]) executed the Feasibility Cost Sharing Agreement ("FCSA") on September 12, 2006 and immediately upon the respective funding requirements being met, the Principal Investigator (Applied Coastal Research and Engineering, Inc.'s Dr. Mark R. Byrnes) was given a notice to proceed with his work. The Corps reports that since that time, work effort and data collection for the Impacts Study Phase (as outlined in the Litigation Settlement Agreement, ¶ 3, pp. 5-9) has been progressing in order to determine the Minimum Measurable Quantity ("MMQ") of erosion as defined in the Litigation Settlement Agreement.

The deadline for determining MMQ is January 13, 2007 (it is the first increment of the Impacts Study Phase which deals specifically with determining whether the MMQ of erosion could be resolved). Based upon the work performed to date, the Corps fully believes the collective effort to determine the MMQ is on schedule and there is nothing known at this time that would give concern for not meeting the four month deadline (that is, four months from the execution of the FCSA, or January 13, 2007) on that portion of the Impacts Study Phase.

2.. Parties and counsel sincerely regret the unintentional omission to file this report as required by this Honorable Court's Order (Doc. 167, p. 7) and further respectfully represent that absolutely no disrespect was intended by this oversight.

3. Although not required by the Order, the parties will file a joint status report within ten (10) days after the deadline for the determination of the MMQ. And, the parties will file a joint status report on or before March 8, 2007 (that is, 90 days from this report), or sooner if the Court directs so.

4. Counsel for Plaintiffs has given express authority for counsel for Defendant to sign this status report for him.

Dated: December 8, 2006.

GARY A. MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

Of Counsel:
James E. Brookshire
Chief, Complex Litigation
United States Department of Justice

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com
Attorney for Plaintiffs

Of Counsel:
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925
Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama

N:\GMoore\Dauphin Island POA\JSR 12-8-06.wpd