**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | |
| Plaintiffs, | No. 00-115-L |
| v. | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

JOINT STATUS REPORT
AND
JOINT MOTION TO APPROVE METHOD OF PAYMENT
OF ATTORNEYS' FEES AND COSTS

Pursuant to the Court's Orders (Doc. 167 and Doc. 170) the parties are to submit a joint status report addressing certain issues. In addition to the jointly submitted report on those issues, the parties also jointly move the Court for an Order authorizing the payment of attorneys' fees and costs. Counsel for the parties show unto the Court the following:

1. The condition precedent of determining the Minimum Measurable Quantity ("MMQ") among the Principal Investigator ("PI") and the Independent Technical Review Team ("ITRT") has been resolved based on a report by the PI submitted to all counsel. The parties are in agreement with the determination of the MMQ and also jointly report that the condition precedent in the Litigation

Settlement Agreement ("LSA") ¶ 3(c), pp. 5-6 has been met and the matter will not be returning to litigation at this time.

2. The Court's Order (Doc. 167) approving the LSA provided for payment of attorneys' fees and costs in the event this condition precedent of determining the MMQ was met or removed. Therefore, the parties jointly move the Court for an Order approving the payment to Attorney for Plaintiffs, Richard E. Davis, Davis & Fields, PC, who will then disburse to other counsel for Plaintiffs according to their arrangements, and further providing that upon the United States' payment of $485, 522.68 to Richard E. Davis, Davis & Fields, PC that no further claim may be made of the United States for the fees and costs payable under ¶ 9(d)(i) of the LSA and it is fully released therefrom. The parties also jointly move that future fees and costs which may periodically become due under ¶ 9(d)(ii) and (iii) may also be paid by the United States to Richard E. Davis, Davis & Fields, PC who will disburse according to plaintiffs' counsels' agreement and upon such payment, no further claim may be made of the United States and it is fully released therefrom for the fees and costs payable under ¶ 9(d)(ii) and (iii) of the LSA.

3. Counsel for Defendant has express permission from Plaintiffs' counsel to sign this joint motion on their behalf.

WHEREFORE, the parties jointly move the Court to enter an Order authorizing payment of the attorneys' fees and costs now payable, directly to Richard E. Davis, Davis & Fields, PC for disbursement according to plaintiffs arrangements, and to allow any future periodic payments to be paid in the same manner, which relieves the United States from any further liability to anyone on that payment.

Dated: January 12, 2007.

GARY A. MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

OF COUNSEL:
James E. Brookshire
U. S. Department of Justice

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com
Attorney for Plaintiffs

OF COUNSEL:
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925
Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama

N:\GMoore\Dauphin Island POA\JSR and JOINT MOTION TO APPROVE PAYMENTOF ATTORNEYS.wpd