# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed January 16, 2007)**

* * * * * * * * * * * * * * * * * * * *
**DAUPHIN ISLAND PROPERTY** *
**OWNERS ASSOCIATION, INC.** *
**a non-profit corporation; and** *
**JAMES W. HARTMAN,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the Joint Status Report And Joint Motion To Approve Method Of Payment Of Attorneys' Fees And Costs, filed on January 12, 2007, the following is hereby ordered:

Payment of attorneys' fees and costs now due shall be payable to Richard E. Davis, Davis & Fields, PC for disbursement according to plaintiffs arrangements, and any future periodic payments are to be paid in the same manner. Payments in this manner shall relieve the defendant from any further liability to anyone on that payment.

The next joint status report is due Monday, April 16, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**