# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., Plaintiffs, | |
| v. | No. 00-115-L |
| | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Orders (Doc. 167 and Doc. 172) the parties submit the following joint status report and show unto the Court the following:

1. The Principal Investigator ("PI") and the Independent Technical Review Team ("ITRT") continue to work on the Impacts Study Report. A joint meeting was held in March, 2007 at the Corps of Engineers, Mobile District Office, in Mobile, Alabama and another is scheduled for the first week in May, 2007 to review data and work for the study. The next milestone on the study time-table is that a Draft Impacts Study will be provided to the ITRT, the parties' counsel and counsel for the State of Alabama by July 12, 2007. This information is provided by agency counsel for the U. S. Army Corps of Engineers, Joseph P.

Givhan.

2. The Judgment Fund of the United States, in accordance with ¶ 9(d)(i) of the Litigation Settlement Agreement, has made payment of the attorneys' fees and costs in this matter in the amount of $485, 522.68 (for the period ending April 1, 2005) Richard E. Davis, Davis & Fields, PC, who then disbursed to other counsel for Plaintiffs according to their arrangements

3. Counsel for Defendant has express permission from Plaintiffs' counsel to sign this joint motion on their behalf.

Dated: April 13, 2007.

GARY A. MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

OF COUNSEL:
James E. Brookshire
U. S. Department of Justice

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com
Attorney for Plaintiffs

OF COUNSEL:
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925
Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama

JSR April 2007--335pm.wpd