# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed April 13, 2007)**

*** * * * * * * * * * * * * * * * * * * ***
**DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC. a non-profit corporation; and JAMES W. HARTMAN, et. al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
*** * * * * * * * * * * * * * * * * * * ***

**ORDER**

Pursuant to the Joint Status Report filed on April 13, 2007, the next joint status report is due Monday, August 13, 2007 indicating further proceedings.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**