IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | |
| Plaintiff, | |
| v. | No. 00-115-L |
| THE UNITED STATES OF AMERICA, | Hon. Bohdan A. Futey |
| Defendant. | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims and by agreement, the parties by and through their respective counsel of record, jointly move this Honorable Court to extend the time limit for the submission of the Draft Impacts Study as outlined in the Litigation Settlement Agreement ("LSA"), and for good cause show unto the Court the following reasons:

1. The LSA was negotiated over a period of years and tentatively entered into in July, 2005. Following class notification and a Fairness Hearing on July 11, 2006, this Honorable Court approved the LSA on September 5, 2006 (Doc. 167). Immediately thereafter on September 12, 2006, the Federal Cost Sharing Agreement ("FCSA") was executed by the U. S. Army Corps of Engineers and the State of Alabama thereby authorizing the studies required in the LSA (¶3(d.), pp. 6-7) to commence. It is from the

effective date of the FCSA that the time periods for the studies are measured (LSA (¶3(d.), p. 6).

2. Following the FCSA, Dr. Mark Byrnes of Applied Coastal Research and Engineering, Inc. who had been selected as the Principal Investigator ("PI") immediately commenced working on the study and the members of the Independent Technical Review Team ("ITRT") were notified that they would be included in the Impacts Study phase. The first requirement of determining a Minimum Measurable Quantity ("MMQ") of erosion which could, with reasonable scientific certainty, be attributed to a single cause, was successfully met by the PI and ITRT in January, 2007.

The next sequential deadline is for the PI to provide a Draft Impacts Report to the ITRT not later than 10 months from the effective date of the FCSA: i.e., not later than July 11, 2007.

3. Beginning in September, 2006 with study on the MMQ and with more precise focus since January, 2007, the PI and ITRT have been studying, modeling, discussing , researching, etc. as was contemplated by the settlement terms which had been negotiated some years earlier. However, with passage of time the availability and accuracy of study tools have improved and during the many teleconferences and group meetings of the PI and the ITRT more ideas have been shared. As is discussed in detail in the attached letter from the PI (dated July 2, 2007, a copy of which is attached hereto as Exhibit "1"), additional research and computer modeling have been performed, all with the coordination and

encouragement of the ITRT. Understandably, however, it has taken additional and unexpected time to do so.

4. The parties jointly move the Court to extend the time within which the PI may provide the Draft Impacts Report to the ITRT to August 1, 2007, which is three weeks longer than the original due date of the Draft Impacts Report. Consequently, the date by which the ITRT should provide their comments to the PI, and the date by which the PI is to issue his Final Report would also be extended in consonance with the terms of the LSA (¶3(d.), pp. 6-7). Those deadlines would simply be extended one month from the August 1, 2007 deadline if the Court considers this extension appropriate; and, for the ITRT to provide their comments to the PI (that is, September 1, 2007) and within one month following, the PI will issue his Final Impact Report (that is, October 1, 2007).

5. The contract administrator for the study effort, Dr. Susan I. Rees (Corps of Engineers), has reported that all members of the ITRT are in agreement with this request from the PI for the reasons articulated in his letter attached. ITRT members have been polled by their respective counsel, as well, and have found them in agreement with this request.

6. All parties, research scientists and engineers, and counsel involved in the LSA have been diligent in their responsibilities and are not interposing this motion for any purpose of delay.

7. This request for extension of time does not request any substantive change to the LSA, nor does it alter any right or remedy of any class member or other party to this litigation.

8. Although not a party to this litigation, the State of Alabama is a party to the LSA and the Honorable William D. Little, Assistant Attorney General, has expressly agreed with this request and has authorized Counsel for the United States to represent his client's agreement to this Court.

9. Counsel for the United States has been given express authority to sign this joint motion on behalf of all other counsel and they have authorized Counsel for the United States to represent this to the Court.

WHEREFORE, the parties jointly move the Court to enter an Order extending the time for the Principal Investigator to provide his Draft Impact Report to the Independent Technical Review Team to be not later than August 1, 2007; further, the date by which the Independent Technical Review Team Members should provide their comments to the Principal Investigator should be not later than September 1, 2007; and, finally, the date by which the Principal Investigator should issue his Final Impacts Report should be not later than October 1, 2007.

Dated: July 3, 2007.

Respectfully Submitted,

GARY A. MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

Daniel G. Blackburn /with Permission GDM

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
P.O. Box 458
Bay Minette, AL 36507
Attorney for Plaintiffs

Of Counsel to Plaintiffs:

Lewis S. Wiener, Esq.
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard Davis, Esq.
DAVIS & FIELDS, P.C.
P.O. Box 2925
Daphne, AL 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN
P.O. Box 1908
Mobile, AL 36633-1908

For the STATE OF ALABAMA:
Honorable William D. Little
Assistant Attorney General

N:\GMoore\Dauphin Island POA\Motion to Extend Time for PI Draft Report to ITRT.wpd

Applied Coastal
RESEARCH AND ENGINEERING, INC.

766 Falmouth Road, Suite A-1
Mashpee, MA 02649
Tel: (508) 539-3737
Fax: (508) 539-3739
mbyrnes@appliedcoastal.com

July 2, 2007

Dr. Susan Ivester Rees
Program Manager
Mississippi Coastal Improvements Program
Planning and Environmental Division
US Army Engineer District, Mobile
P.O. Box 2288
Mobile, AL 36628-0001

Re: Draft Report Submission for Dauphin Island/Mobile Pass Study

Dear Susan:

After completing Chapter 1 of the above referenced Study report last Friday, it became clear to me that the July 11th deadline for draft report submittal would not be possible to meet. I've been working night and day to try to meet the deadline, but there are just too many important components of the report that will take more time to complete than has been allotted. We have made tremendous progress on this study in a relatively short period of time, and many new and interesting results have evolved. It is a really critical document for both sides, so I don't want to short-change anyone by leaving things out of the final report. As you know, I am absolutely committed to completing the project and producing a top-notch final report, I just need a little extra time. As such, I would like to request another three weeks to complete the draft report.

When we submitted the original proposal in 2001 and the updated version in 2006, the schedule and budget were based on our understanding of the available data sets and effort required to completely analyze these data. We have compiled and analyzed many more data sets than originally anticipated, and we have added a modeling application (Reservoir Model) at the request of the ITRT. In addition, we are currently evaluating the importance of the Sand Island Beneficial Use site as a means of incorporating dredged sands back into the littoral transport system. These items were not in the original proposal, but they are critical to the study and have been requested by members of the ITRT. We have made considerable progress on all project tasks, and have kept in close contact with all ITRT members to ensure proper communication among team members. To date, two presentations have made to the ITRT at the Mobile District, and one PowerPoint presentation was made via a conference call. Numerous other calls and e-mail were made to address specific ITRT questions regarding data analyses and presented results. Furthermore, we have agreed to supply the ITRT with report chapters as they are completed to make the review process more efficient. In fact, Chapter 1 will be available to all ITRT members this evening via our ftp site. All study analyses are complete except final components of the sediment budget and Reservoir Model analyses.

Thank you very much for considering this request. Please let me know if you have any questions regarding our progress or the request.

Sincerely,

Mark R. Byrnes

Mark R. Byrnes, Ph.D.
Principal Investigator

EXHIBIT
1