# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed July 10, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **DAUPHIN ISLAND PROPERTY** | * |
| **OWNERS ASSOCIATION, INC.** | * |
| **a non-profit corporation; and** | * |
| **JAMES W. HARTMAN, et. al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Joint Motion For Enlargement of Time filed on July 3, 2007, is ALLOWED. The following is hereby ordered:

1. The Draft Impact Report to the Independent Technical Review Team shall be due by Wednesday, August 1, 2007.

2. Comments to the Principal Investigator by the Independent Technical Review Team Members shall be due by Tuesday, September 4, 2007.

3. The Final Impacts Report shall be due by Thursday, October 4, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**