# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 00-115-L |
| v. | ) | |
| | ) | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Orders (Doc. 167 and Doc. 174) the parties submit the following joint status report and show unto the Court the following:

1. As provided in the Litigation Settlement Agreement which was approved by this Court, on the revised due date of August 1, 2007 (Doc. 176) the Principal Investigator ("PI") provided to the Independent Technical Review Team ("ITRT")[1] his report entitled "Draft Report-Evaluation of Channel Dredging on Shoreline Response at and Adjacent to Mobile Pass, Alabama". Pursuant to this

[1] According to the PI, a component of revised study scope (not originally included in the process approved by the Litigation Settlement Agreement or by this Court's Order Approving Settlement (Doc. 167)) will not be completed until 13 August 2007; however, the ITRT members and all counsel for the parties are aware this item was added to the original scope of study and the ITRT members are familiar with its process and conclusions to date, the specifics of which will be provided as Chapter 6 of the Draft Impacts Study Report on 13 August 2007 by the PI.

Court's previous Order (Doc. 176), the ITRT has until September 4, 2007 within which to submit written comments to the PI after which he has until October 4, 2007 within which to complete and issue the Final Impacts Study Report.

2. Plaintiffs' counsel and Defense counsel are currently exchanging information and documentation that relates to their second application for fees and costs or expenses, as allowed in ¶ 9(d)(ii)(bb) of the Litigation Settlement Agreement and hope to complete that process in the near future.

3. Counsel for Defendant has express permission from Plaintiffs' counsel to sign and file this joint motion on their behalf.

Dated: August 10, 2007.

GARY A. MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com
Attorney for Plaintiffs

/with permission

OF COUNSEL:
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925
Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama

JSR Revised 10 Aug 2007.wpd