# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed August 13, 2007)**

*** * * * * * * * * * * * * * * * * * * ***
**DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC. a non-profit corporation; and JAMES W. HARTMAN, et. al.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
*** * * * * * * * * * * * * * * * * * * ***

## ORDER

Pursuant to the Joint Status Report filed on August 10, 2007, the next joint status report shall be due by Tuesday, November 13, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**