IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | |
| Plaintiffs, | No. 00-115-L |
| v. | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**JOINT MOTION FOR ENLARGEMENT OF TIME IN WHICH THE INDEPENDENT TECHNICAL REVIEW TEAM MEMBERS ARE TO PROVIDE COMMENTS TO DRAFT IMPACT REPORT**

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims and by agreement, the parties, by and through their respective counsel of record, jointly move this Court to extend the time limit from September 4, 2007, to September 30, 2007, for the Independent Technical Review Team ("ITRT") members to provide comments to the Draft Impact Study as outlined in the Litigation Settlement Agreement ("LSA") dated July 15, 2005, and for good cause show unto the Court the following reasons:

1) Pursuant to the LSA and the order of this Court dated July 10, 2007, the Principal Investigator submitted the Draft Impact Study on August 1, 2007. Under the terms of the Court's July 10, 2007 order and the LSA, members of the ITRT are to provide their comments no later than September 4, 2007.

2) Due to the voluminous nature of the Draft Impact Study, Independent Technical Review Team member Dr. Robert G. Dean asked the United States Army

Corps of Engineers to extend to September 30, 2007, the time within which Independent Technical Review Team members could provide comments to the Draft Impact Study.

3) The United States Army Corps of Engineers contacted the Principal Investigator and other members of the Independent Technical Review Team who do not object to Dr. Dean's request.

4) Although not a party to this litigation, the State of Alabama is a party to the LSA and is routinely consulted in matters concerning the LSA. In connection with the requested extension, the parties received affirmation from the State's ITRT designee that the Honorable William D. Little, Assistant Attorney General, agrees with the request. Mr. Little's explicit direct approval of this Joint Motion is not available because he is out of the office this week and part of last week.

5) For the reasons stated above, the requested extension is reasonable and this motion is not made for the purpose of any delay.

6) This request for extension of time does not effect any substantive change to the LSA, and it does not alter any right or remedy of any class member or other party to this litigation.

7) Counsel for Plaintiff has been given express authority to sign this joint motion on behalf of all other counsel and they have authorized counsel for the Plaintiff to represent their consent to the relief requested herein.

Wherefore, the parties jointly move the Court to enter an order extending from September 4, 2007, to September 30, 2007 the time for members of the ITRT to provide their comments to the Draft Impact Study and extend further the due date for the Principal Investigator to issue his Final Impacts Report from October 4, 2007, to October 30, 2007.

Dated: August 29, 2007.

Respectfully submitted,

/s/ Gary A. Moore
GARY A. MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

/s/ Daniel G. Blackburn
DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com
Attorney for Plaintiffs

OF COUNSEL:
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925
Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama