# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed August 30, 2007)**

* * * * * * * * * * * * * * * * * * * *
**DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC. a non-profit corporation; and JAMES W. HARTMAN, et. al.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * *

**ORDER**

The Joint Motion For Enlargement Of Time In Which The Independent Technical Review Team Members Are To Provide Comments To Draft Impact Report, filed on August 29, 2007, is hereby ALLOWED. Comments to the Principal Investigator by the ITRT shall be due Monday, October 1, 2007. The Final Impacts Report shall be due Tuesday, October 30, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**