# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed November 5, 2007)**

*** * * * * * * * * * * * * * * * * * * ***
**DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC. a non-profit corporation; and JAMES W. HARTMAN, et. al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
*** * * * * * * * * * * * * * * * * * * ***

**ORDER**

The Joint Motion For Enlargement of Time filed on October 30, 2007, is ALLOWED. The Final Impact Report shall be due by Thursday, January 10, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**