# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 00-115-L

Hon. Bohdan A. Futey

## JOINT STATUS REPORT

Pursuant to the Court's Orders (Doc. 167 and 178) the parties submit the following joint status report and show unto the Court the following:

1. By Order (Doc. 182) of this Honorable Court following the "Joint Motion to Enlarge Time in Which Final Impact Report to Be Issued", the Principal Investigator ("PI") has been allowed through January 10, 2008 within which to submit his Final Impact Report as provided in ¶ 3 of the Litigation Settlement Agreement.

2. Plaintiffs' counsel and Defense counsel resolved the second application for fees and costs or expenses, as allowed in ¶ 9(d)(ii)(bb) of the Litigation Settlement Agreement, and application to the Judgment Fund for

payment was made on November 1, 2007.

3. Counsel for Defendant has express permission from Plaintiffs' counsel to sign and file this joint status report on their behalf.

Dated: November 13, 2007.

GARY ALAN MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com
Attorney for Plaintiffs

OF COUNSEL:

Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925, Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908, Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama

JSR 13 Nov 2007.wpd