# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed January 22, 2008)**

```
* * * * * * * * * * * * * * * * * * * *
DAUPHIN ISLAND PROPERTY       *
OWNERS ASSOCIATION, INC.      *
a non-profit corporation; and *
JAMES W. HARTMAN, et. al.,    *
                              *
        Plaintiffs,           *
                              *
    v.                        *
                              *
THE UNITED STATES,            *
                              *
        Defendant.            *
* * * * * * * * * * * * * * * * * * * *
```

**ORDER**

The Final Impact Report was due Thursday, January 10, 2008.

The parties shall file a joint status report by Tuesday, February 5, 2008, indicating further proceedings.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**