# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 00-115-L

Hon. Bohdan A. Futey

## JOINT STATUS REPORT
and
JOINT MOTION TO APPROVE SCHEDULE

Pursuant to the Court's Orders (Doc. 167 and 184) the parties submit the following joint status report and jointly move the Court to approve the schedule requested below, respectfully showing unto the Court the following:

1. The last Joint Status Report was filed by the parties on November 13, 2007 (Doc 183).

2. The plaintiffs' attorneys fees and costs for the period April 1, 2005 to September 5, 2006 (which was reported resolved in the last Joint Status Report [Doc. 183]) has since been paid by the Judgment Fund.

3. On January 10, 2008, the Final Impacts Report was timely submitted by

the Principal Investigator Dr. Mark Byrnes ("PI") to the Members of the Independent Technical Review Team (ITRT) in accordance with Litigation Settlement Agreement ("LSA") and as extended by the Court's November 5, 2007 Order (Doc. 182).

4. The parties to this litigation and the LSA (including the State of Alabama) are currently reviewing the Final Impacts Report to determine their respective position(s). As is provided in the LSA, Plaintiffs' ITRT team member Dr. Dean has the option of dissenting in writing, with detailed reasons, in accordance with all other requirements of the LSA, namely ¶3.(f).

Improvidently, the LSA does not expressly provide the time-frame or time period within which Dr. Dean may issue and distribute his written dissent, if any. The parties to the LSA are in joint agreement that Dr. Dean should have until not later than March 10, 2008, to issue his dissent, if any, in compliance with the LSA.

5. Similarly improvident, the time-frame or time period within which Plaintiffs may request that an ADR judge be assigned by this Court (under the circumstance provided in the LSA) is not expressly provided in the LSA. The parties to the LSA are in joint agreement that Plaintiffs' time-frame or time period within which to exercise their right to request an ADR judge be assigned, is not

later than thirty (30) days from the date Plaintiffs' counsel is given written notices from the State and United States that they do not intend to make the election as provided in the LSA ¶3.(f)(I ).

6. This joint motion is not interposed for any purpose of delay.

7. This joint request for an Order establishing reasonable dates where none expressly exist in the LSA does not diminish any right or remedy of any class member to this litigation.

8. As described above, although not a party to this litigation the State of Alabama is a party to the LSA and the Honorable William D. Little, Assistant Attorney General has expressly agreed with this joint status report and this joint motion request, and has authorized Counsel for the United States to represent his client's agreement to this Court.

9. Counsel for the United States has been given express authority to sign the joint status report and this joint motion on behalf of all other counsel and they have authorized Counsel for the United States to represent this agreement and authorization to the Court.

WHEREFORE, the parties to the LSA and this action jointly move this Honorable Court to enter an Order approving the due date for Plaintiffs' ITRT Member Dr. Dean to prepare and distribute to the parties hereto any written dissent

he may make to be not later than March 10, 2008; and, the parties to the LSA and to this action jointly move this Honorable Court to enter an Order approving the time-frame allowed for Plaintiffs to exercise their right as provided in LSA 3.(f)(ii) to be not greater than thirty (30) days from written notices from the State of Alabama and United States that they do not intend to make the election as provided in the LSA ¶3.(f)(I ).

Dated: February 1, 2008.

GARY ALAN MOORE
Assistant United States Attorney
c/o United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, AL 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com
Attorney for Plaintiffs

By Permission

OF COUNSEL:
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925, Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908, Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama

JSR & Jt Motion 1 Feb 08.wpd