# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed February 5, 2008)**

* * * * * * * * * * * * * * * * * * * *
**DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC. a non-profit corporation; and JAMES W. HARTMAN, et. al.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the Joint Status Report And Joint Motion To Approve Schedule filed on February 1, 2008, the following is hereby ordered:

1. Plaintiffs' ITRT team member, Dr. Dean, shall have until March 10, 2008 to distribute to the parties any written dissent, if any, in compliance with the LSA.

2. Plaintiffs may exercise their right to request an ADR judge be assigned to this case, not later than thirty (30) days from the date Plaintiffs' counsel is given written notices from the State of Alabama and United States that they do not intend to make the election as provided in the LSA¶3.(f)(I).

In addition, the parties shall file a joint status report indicating their progress in the implementation of the LSA by Monday, May 12, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**