**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 00-115-L |
| v. | ) | |
| | ) | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF APPEARANCE**
**AND**
**SUBSTITUTION OF COUNSEL**

Defendant respectfully files this Notice of Appearance by Wells D. Burgess, Special Counsel, Natural Resources Section, Environmental and Natural Resources Division, U. S. Department of Justice, and simultaneously provides Notice of Substitution of his name as counsel of record for Defendant in the place of Gary A. Moore, whose name should be removed as counsel of record for Defendant in this action. The contact information for new counsel of record is provided below his signature.

Dated: April 10, 2008.

/s/ Wells D. Burgess
WELLS D. BURGESS
Special Counsel

Natural Resources Section
Environmental and Natural Resources Division
U. S. Department of Justice
601 D Street, NW, Room 3020
Washington, D.C. 20004
Telephone: 202.305.0445
Facsimile: 202.514.8865
Email: Wells.Burgess@usdoj.gov
Attorney for Defendant

***/S/ Gary Alan Moore***

GARY ALAN MOORE
Assistant United States Attorney
United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel G. Blackburn, record counsel for Plaintiffs, at dblackburn@blackburnpc.com

***/S/ Gary Alan Moore***

Gary Alan Moore

cc: William D. Little, Assistant Attorney General, State of Alabama

#441353-v1-DIOPA_NOA.wpd