**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | ) | |
| Plaintiffs, | ) | No. 00-115-L |
| v. | ) | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE BY THE UNITED STATES AND THE STATE OF ALABAMA PURSUANT TO PARAGRAPH 2 OF COURT'S ORDER OF FEBRUARY 5, 2008**

PLEASE TAKE NOTICE, that pursuant to this Court's order above-mentioned, the United States and the State of Alabama hereby jointly give notice that they do not intend to make the election described in paragraph 3(f)(i) of the Litigation Settlement Agreement dated July 15, 2005, among the United States of America, the State of Alabama, and the Dauphin Island Property Owners

Association and James Hartman on behalf of the Plaintiff class.

Dated: May 5, 2008.

/s/ Wells D. Burgess
WELLS D. BURGESS
Special Counsel
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
601 D Street, NW, Room 3020
Washington, D.C. 20004
Telephone: 202.305.0445
Facsimile: 202.514.8865
Email: Wells.Burgess@usdoj.gov

Attorney for Defendant

cc: William D. Little, Assistant Attorney General, State of Alabama