**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 00-115-L

Hon. Bohdan A. Futey

**DEFENDANT'S NOTICE OF APPEARANCE**
**AND**
**SUBSTITUTION OF COUNSEL**

Defendant respectfully files this Notice of Appearance by Wells D. Burgess, Special Counsel, Natural Resources Section, Environmental and Natural Resources Division, U. S. Department of Justice, and simultaneously provides Notice of Substitution of his name as counsel of record for Defendant in the place of Gary A. Moore, whose name should be removed as counsel of record for Defendant in this action. The contact information for new counsel of record is provided below his signature. This notice was earlier filed in the electronic filing system as a consented motion on April 11, 2008; the Clerk has advised us that it should have been filed as a notice of appearance. We are filing this notice in accordance with

those instructions, and the earlier motion should be deemed withdrawn.

Dated: May 5, 2008.

/s/ Wells D. Burgess
WELLS D. BURGESS
Special Counsel
Natural Resources Section
Environmental and Natural Resources Division
U. S. Department of Justice
601 D Street, NW, Room 3020
Washington, D.C. 20004
Telephone: 202.305.0445
Facsimile: 202.514.8865
Email: Wells.Burgess@usdoj.gov
Attorney for Defendant

/s/Gary Alan Moore by /s/ Wells D. Burgess
GARY ALAN MOORE
Assistant United States Attorney
United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: 251.441.5845
Facsimile: 251.441.5051
Email: gary.moore2@usdoj.gov
Attorney for Defendant

cc: William D. Little, Assistant Attorney General, State of Alabama