**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | |
| Plaintiffs, | No. 00-115-L |
| v. | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**PLAINTIFFS' CONSOLIDATED ADR DEMAND**
**AND UNOPPOSED REQUEST FOR STAY OF ADR PROCEEDINGS**

Pursuant to paragraph 3 (f) (ii) of the Litigation Settlement Agreement ("LSA"), Plaintiffs request that, following the completion of certain conditions precedent more fully set forth below, the Court assign an ADR Judge to conduct an evidentiary evaluation consistent with the terms of the LSA. As grounds therefor, Plaintiffs cite the May 5, 2008, filing by the United States notifying the Court and Plaintiffs that the United States is not making the election described in paragraph 3 (f) (i), thus triggering Plaintiffs' right to invoke ADR.

Plaintiffs further request, however, that the Court not refer this matter to an ADR Judge and that ADR proceedings be stayed until (1) the Principal Investigator, as defined in the LSA, presents his findings in a public forum on Dauphin Island pursuant to the provision in Exhibit "A" to the LSA as follows: "The PI will present his findings in a public forum on Dauphin Island open to the governing board of the Dauphin Island Property Owners Association, Mr. James Hartman, and any class members who opt into the class" and (2) the parties jointly submit a

status report and recommendation for proceeding in ADR, which the parties propose to submit within 10 days following the PI's presentation discussed above.

The undersigned has discussed this matter with counsel for the United States who does not oppose the relief requested herein and has authorized the undersigned to make this representation on his behalf.

Dated: May 8, 2008.

Respectfully submitted,

*/s/ Daniel G. Blackburn*
DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
P.O. Box 458
Bay Minette, AL 36507
Attorney for Plaintiffs

Of Counsel:

Lewis S. Wiener, Esq.
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard Davis
DAVIS & FIELDS, P.C.
P.O. Box 2925
Daphne, AL 36526

Larry U. Sims
Joseph D. Steadman
SIMS, GRADDICK & DOODSON, P.S.
Mobile, AL 36633-1908

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Wells D. Burgess, record counsel for Defendant, at
Wells.Burgess@usdoj.gov

*/s/ Daniel G. Blackburn*
DANIEL G. BLACKBURN