# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed May 9, 2008)**

* * * * * * * * * * * * * * * * * * * *
**DAUPHIN ISLAND PROPERTY** *
**OWNERS ASSOCIATION, INC.** *
**a non-profit corporation; and** *
**JAMES W. HARTMAN, et. al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to defendant's Notice filed on May 5, 2008, and plaintiff's Request of May 8, 2008, the following is hereby ordered:

The parties shall file a joint status report and a recommendation for proceedings in ADR within ten days following the Principal Investigator's presentation of his findings in a public forum on Dauphin Island.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**