**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | |
| Plaintiffs, | No. 00-115-L |
| v. | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

JOINT STATUS REPORT

Pursuant to the Court's Orders (Dkt. ## 167, 186) the parties submit the following Joint Status Report:

1. The last joint status report ( and Joint Motion to Approve Schedule) was filed by the parties on February 1, 2008. (Dkt. # 185)

2. By Order (Dkt. # 186) of this Honorable Court dated February 5, 2008, the Court ordered (1) that Plaintiffs' Independent Technical Review Team ("ITRT") team member, Dr. Dean, should have until March 10, 2008 to distribute to the parties any written dissent to the January 10, 2008 Final Impacts Report submitted by the Principal Investigator; (2) that Plaintiffs may exercise their right to request an ADR judge be assigned to this case not later than 30 days from the date

Plaintiffs' counsel is given written notices from the United States and the State of Alabama that they do not intend to make the election provided in paragraph 3(f)(i) of the Litigation Settlement Agreement ("LSA"); and (3) that the parties were to file a Joint Status Report by May 12, 2008, advising of their progress in implementing the LSA.

3. Pursuant to the Court's order, Dr. Dean distributed his written dissent to the Final Impacts Report to the parties on March 7, 2008.

4. Further pursuant to the Court's order, on May 5, 2008 the United States and the State of Alabama jointly gave written notice to Plaintiffs' counsel, filed with the Court, that they do not intend to make the election provided in paragraph 3(f)(i) of the LSA. (Dkt. # 188).

5. On May 8, 2008 the Plaintiffs filed their Consolidated ADR Demand (pursuant to paragraph 3(f)(ii) of the LSA) and Unopposed Request for Stay of ADR Proceedings. ( Dkt. # 190).

6. On May 9, 2008, this Court granted Plaintiffs' Request for Stay and ordered the parties to file a joint status report and a recommendation for proceedings in ADR within ten days following the Principal Investigator's presentation of his findings in a public forum on Dauphin Island. (Dkt. # 191).

7. The undersigned counsel for Defendant has express permission from

Plaintiffs' counsel to sign and file this joint status report on their behalf.

Dated: May12, 2008

/s/ Wells D. Burgess
WELLS D. BURGESS
Special Counsel
Natural Resources Section
Environment and Natural Resources Division
U. S. Department of Justice
601 D Street, NW, Room 3020
Washington, D.C. 20004
Telephone: 202.305.0445
Facsimile: 202.514.8865
Email: Wells.Burgess@usdoj.gov

Attorney for Defendant

/s/ Daniel G. Blackburn by /s/ Wells D. Burgess
DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
Post Office Box 458
Bay Minette, Alabama 36507
Telephone: 251. 937.1750
Facsimile: 251.937.1785
Email: dblackburn@blackburnpc.com

Attorney for Plaintiffs

OF COUNSEL:
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2415

Richard E. Davis, Esq.
DAVIS & FIELDS, P.C.
Post Office Box 2925, Daphne, Alabama 36526

Joseph D. Steadman, Esq.
DODSON & STEADMAN, P.C.
Post Office Box 1908, Mobile, Alabama 36633-1908

cc: William D. Little, Assistant Attorney General, State of Alabama