**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DAUPHIN ISLAND PROPERTY OWNERS ASSOCIATION, INC., a non-profit corporation; and JAMES W. HARTMAN, et. al., | |
| Plaintiffs, | No. 00-115-L |
| v. | Hon. Bohdan A. Futey |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**PLAINTIFFS' REQUEST FOR ASSIGNMENT OF ADR JUDGE AND JOINT STATUS REPORT**

Pursuant to paragraph 3 (f) (ii) of the Litigation Settlement Agreement ("LSA"), plaintiffs request that the Court assign an ADR Judge of its choosing to conduct an evidentiary evaluation consistent with the terms of the LSA.[1]

On July 16, 2008, the Principal Investigator, as defined in the LSA, presented his findings in a public forum on Dauphin Island that was open to the governing board of the Dauphin Island Property Owners Association, Mr. James Hartman, and any class members who opted into the class, pursuant to the provision in Exhibit "A" to the LSA. Thus, all conditions precedent necessary to the appointment of an ADR Judge have been satisfied.

Both parties have reviewed this filing and counsel for the United States has authorized the undersigned to file this Joint Status Report on his behalf. Although not a party to this litigation the State of Alabama has expressly agreed with this Joint Status Report and has authorized Counsel for the United States to represent his client's agreement to this Court.

[1] Scheduling the ADR will be left to the discretion of the ADR Judge to whom this matter is assigned. The parties anticipate being ready to proceed to ADR no earlier than November 2008.

Dated: July 28, 2008.

Respectfully submitted,

*/s/ Daniel G. Blackburn*

DANIEL G. BLACKBURN
BLACKBURN & CONNER, P.C.
P.O. Box 458
Bay Minette, AL 36507
Attorney for Plaintiffs

Of Counsel:

Lewis S. Wiener, Esq.
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415

Richard Davis
DAVIS & FIELDS, P.C.
P.O. Box 2925
Daphne, AL 36526

Larry U. Sims
Joseph D. Steadman
SIMS, GRADDICK & DOODSON, P.S.
Mobile, AL 36633-1908

cc: William D. Little, Esq. Assistant Attorney General, State of Alabama

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Wells D. Burgess, record counsel for Defendant, at
Wells.Burgess@usdoj.gov

*/s/ Lewis S. Wiener*
Lewis S. Wiener