# In the United States Court of Federal Claims

**No. 00-115L**

**(Filed July 29, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **DAUPHIN ISLAND PROPERTY** | * |
| **OWNERS ASSOCIATION, INC.** | * |
| **a non-profit corporation; and** | * |
| **JAMES W. HARTMAN, et. al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to Plaintiffs' Request For Assignment Of ADR Judge And Joint Status Report, filed on July 28, 2008, the Clerk is directed to assign this matter to Judge Eric G. Bruggink for ADR purposes only. The Joint Report indicates that all parties have consented to plaintiff's request.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**