# In the United States Court of Federal Claims

No. 00-115L ADR
(Filed: August 12, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
DAUPHIN ISLAND PROPERTY
OWNERS ASSOCIATION, INC.
a non-profit corporation; and
JAMES W. HARTMAN, et al.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The above action has been assigned to my docket for purposes of exploring settlement. A telephonic status conference will be held Thursday, August 14, 2008, at 3:00 p.m. eastern. Counsel for defendant shall initiate the call.

__________________________________
ERIC G. BRUGGINK
ADR Judge

cc: Judge Bohdan A. Futey