# In the United States Court of Federal Claims

No. 00-115L ADR
(Filed: August 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
DAUPHIN ISLAND PROPERTY
OWNERS ASSOCIATION, INC.
a non-profit corporation; and
JAMES W. HARTMAN, et al.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held on Tuesday, September 2, 2008 at 3:00 p.m. EST.

s/ Eric Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Bohdan A. Futey